**Opinion filed April 10, 2014**



In The

# Eleventh Court of Appeals

_____

## No. 11-13-00336-CR
_____

## JERRIE KATHERINE GARNER, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 220th District Court**

**Comanche County, Texas**

**Trial Court Cause No. CR-03602**

## M E M O R A N D U M   O P I N I O N

Jerrie Katherine Garner, Appellant, has filed a motion to dismiss her appeal. In the motion, Appellant states that she has entered into a plea agreement with the State in another case and that one of the terms of that agreement is that she dismiss the appeal in this case. Appellant "voluntarily requests that this appeal be dismissed." The motion is signed by Appellant's counsel, and an attached affidavit is signed by Appellant. *See* TEX. R. APP. P. 42.2.

The motion is granted, and the appeal is dismissed.

PER CURIAM

April 10, 2014

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.